1  Craig J. Mariam (SBN: 225280)
   Email: cmariam@gordonrees.com
2  Matthew G. Kleiner  (SBN: 211842)
   Email: mkleiner@gordonrees.com
3  Michelle J. Wells (SBN: 279967)
   Email: mwells@gordonrees.com
4  GORDON & REES LLP
   633 W. 5th Street, 52nd Floor
5  Los Angeles, CA 90071
   Telephone:  (213) 576-5000
6  Facsimile:   (877) 306-0043

7  Attorneys for plaintiffs
   Rysher Entertainment, LLC, Qualia Capital, LLC,
8  Bing Crosby Productions, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYSHER ENTERTAINMENT, LLC; QUALIA CAPITAL, LLC; BING CROSBY PRODUCTIONS, LLC,<br><br>              Plaintiffs,<br>      vs.<br><br>WRITERS GUILD OF AMERICA-WEST, INC.; ALBERT S. RUDDY, an individual; and KAY FEIN, an individual, as heir of BERNARD FEIN,<br><br>              Defendants.<br><br>AND RELATED COUNTERACTIONS. | Case No: 2:11-cv-09298-SVW-MAN<br><br>*Honorable Stephen V. Wilson*<br><br>**NOTICE OF APPEAL** |

1  TO THIS HONORABLE COURT, THE PARTIES, AND TO THEIR
2  RESPECTIVE ATTORNEYS OF RECORD:

3  Notice is hereby given that plaintiffs Rysher Entertainment, LLC, Qualia Capital, LLC, and Bing Crosby Productions, LLC in the above-named case hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order Granting Defendants' Motion to Confirm Arbitration Award and Denying Plaintiffs' Motion to Vacate Arbitration Award, entered on July 30, 2013, and all interlocutory orders giving rise to that decision including, but not limited to: (1) the Order Re Ex Parte Application to Continue Hearing and Briefing Schedule, entered on January 4, 2012, (2) the Order Granting Defendants' Motion to Compel Arbitration, entered on March 19, 2012; and (3) the Order re: Plaintiff's Motion for Reconsideration, entered on July 31, 2012.

Respectfully submitted,

Dated: August 16, 2013          GORDON & REES LLP

                                By:   /s/ Craig J. Mariam
                                      Craig J. Mariam (SBN: 225280)
                                      Attorneys for plaintiffs
                                      Rysher Entertainment, LLC, Qualia Capital, LLC, Bing Crosby Productions, LLC